

Francis DiGiovanni
302-467-4266 Direct
302-467-4201 Fax
Francis.DiGiovanni@dbr.com

*Law Offices*
222 Delaware Avenue
Suite 1410
Wilmington, DE
19801-1621

(302) 467-4200
(302) 467-4201 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

March 6, 2017

**VIA ECF**

The Honorable Richard G. Andrews
United States District Court, District of Delaware
J. Caleb Boggs Federal Building, Room 6325
844 N. King Street
Wilmington, DE 19801

    Re: *Microsoft Mobile Inc. et al. v. InterDigital, Inc. et al.*, C.A. No. 15-723-RGA

Dear Judge Andrews:

    Plaintiffs are in receipt of "Defendants' Unopposed Motion For The Issuance Of Letters Of Request Pursuant To The Hague Convention Of 18 March 1970 On The Taking Of Evidence Abroad In Civil Or Commercial Matters" (D.I. 62) (the "Motion"). Prior to the filing of the Motion, Plaintiffs had not been provided with the third party discovery requests that are the subject of the Motion. Plaintiffs respectfully inform the Court that they object to the scope of the third party discovery sought by Defendants. Plaintiffs' position is consistent with Plaintiffs' communication to Defendants prior to the motion being filed that "Microsoft does not object to the process of moving for letters of request, but we reserve the right to object to the specific requests, for example on the basis of scope." Plaintiffs will contact Defendants to schedule a meet and confer on the scope of the requests, and will then, if necessary, file a response to the motion that objects to any aspects of the relief sought by Defendants that might remain unresolved. Assuming that issues remain unresolved after a meet and confer with Defendants, Plaintiffs propose to file their response no later than March 17, 2017.

                                      Respectfully,

                                      Francis DiGiovanni

FD/

cc:    Counsel of Record (via ECF)
        Clerk of the Court (via ECF)

88066672.1

*Established* 1849