# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| Microsoft Mobile, Inc. and Microsoft Mobile Oy,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, InterDigital Patent Holdings, Inc., InterDigital Holdings, Inc., and IPR Licensing, Inc.,<br><br>    *Defendants.* | Case No. 15-723-RGA |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel of record, hereby stipulate that this action, including all claims and counterclaims, is dismissed with prejudice, each party bearing its own fees and costs.

Dated: May 15, 2017

OF COUNSEL:

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com
David C. Giardina
dgiardina@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

/s/ Francis DiGiovanni
Francis DiGiovanni (No. 3189)
Francis.DiGiovanni@dbr.com
Thatcher A. Rahmeier (No. 5222)
Thatcher.Rahmeier@dbr.com
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200

Paul H. Saint-Antoine
Paul.Saint-Antoine@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 988-2700

Stacy Quan
Stacy.Quan@microsoft.com
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080

*Counsel for Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy*


OF COUNSEL:

WILSON SONSINI
GOODRICH & ROSATI
David S. Steuer
E-mail: dsteuer@wsgr.com
Michael B. Levin
E-mail: mlevin@wsgr.com
Maura L. Rees
E-mail: mrees@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

/s/ Eve H. Ormerod
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
Telephone: (302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Counsel for Defendants and Counterclaim Plaintiffs InterDigital, Inc. InterDigital Communications, Inc., InterDigital Technology Corporation, InterDigital Patent Holdings, Inc., InterDigital Holdings, Inc. and IPR Licensing, Inc.*

WILSON SONSINI GOODRICH
& ROSATI
Jonathan M. Jacobson
E-mail: jjacobson@wsgr.com
Lucy Yen
Email: lyen@wsgr.com
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 999-5800

**IT IS SO ORDERED.**

Dated: _____          _____
                                      The Honorable Richard G. Andrews
                                      United States District Judge